IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00249-REB-PAC

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant Dyles First Unopposed Motion for Continuance of the Answer Date for Defendant Kerry Dyles (Doc. #25), filed February 25, 2007, is **GRANTED.**   It is

    FURTHER **ORDERED** that the Motion to Retain Legal Counsel to File an Answer to Complaint and Jury Demand (Doc. #26), and Motion to Extend the Date for Filing an Answer to Complaint and Jury Demand (Doc. #27), filed by defendants Mitchell and Diarra on February 26, 2007, are **GRANTED** as follows: Defendants Mitchell and Diarra may file their Answer or other responsive pleading **on or before April 30, 2007**.

Dated:  April 2, 2007