IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

      Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter is before the Court on Richard J. Gleason's and The Overton Law Firm's Motion to Withdraw  (Docket No. **64,** Filed August 03, 2007) as counsel for  Linda Mitchell and Hamidou Diarra  ("the motion").

IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

IT IS FURTHER **ORDERED** that Richard T. Gleason and The Overton Law Firm are relieved of any further representation of  Defendants Mitchell and Diarra in the above captioned matter.

Defendants Mitchell and Diarra are reminded that as *Pro Se* litigants, they must comply with all District of Colorado Local Rules (D.C.COLO.LCivR) and Federal Rules of Civil Procedure (FED.R.CIV.P).

Dated:   August 9, 2007