IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court pursuant to Plaintiff's Motion to Compel Response to Written Discovery from Defendant Hamidou Diarra [Docket No. 68, Filed September 19, 2007] ("the motion").  Plaintiff seeks an order compelling Defendant Diarra, *pro se*, to respond to its First Set of Combined Discovery Requests and requiring Defendant to pay its attorney fees.  Defendant Diarra's response to the discovery requests was due on August 29, 2007.  Plaintiff contacted Defendant Diarra on September 4, 2007, regarding his failure to respond to the discovery requests.  Plaintiff informed Defendant Diarra that if he did not respond by September 12, 2007, Plaintiff would move to compel his response and seek attorney fees.  At the time of the filing of this motion, Defendant Diarra had not responded to the discovery requests.  Defendant Diarra's time to respond to the motion has now passed, and he failed to lodge an objection to the relief Plaintiff seeks.

    IT IS HEREBY **ORDERED** that the motion is **GRANTED in part, and DENIED in part**.  To the extent that Plaintiff seeks an Order compelling Defendant Diarra to respond to the discovery requests, the motion is **granted**.  Defendant Diarra is ordered to respond to Plaintiff's First Set of Combined Discovery Requests no later than **October 26, 2007**.  To the extent that Plaintiff seeks an award of attorney fees, the motion is **denied**.  While it is within the Court's discretion to award reasonable attorney fees to Plaintiff pursuant to Fed. R. Civ. P. 37(a)(4), the Court declines to grant this relief given Defendant Diarra's *pro se* status.  However, Defendant Diarra is advised that failure to follow the Court's Order or respond to Plaintiff's discovery requests may result in sanctions in the future, including an award of attorney fees.

Dated:  October 12, 2007