IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## ORDER REGARDING PLAINTIFF'S MOTION TO SANCTION DEFENDANT HAMIDOU DIARRA

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Sanction Defendant Hamidou Diarra [Docket No. 72, Filed October 30] ("Motion for Sanctions").

    By way of background, the Court notes that Plaintiff previously filed a motion to compel Defendant Diarra, *pro se*, to respond to its First Set of Combined Discovery Requests and seeking an Order requiring Defendant to pay its attorney fees [Docket No. 68, Filed September 19, 2007] ("Motion to Compel"). Defendant Diarra's responses to the discovery requests were due on August 29, 2007. Defendant Diarra failed to lodge an objection to the Motion to Compel, and the Court granted the motion in part on October 12, 2007 [Docket No. 70]. Defendant Diarra was ordered to respond to Plaintiff's discovery requests no later than October 26, 2007, but was not required to pay Plaintiff's attorney fees. The Court cautioned Defendant Diarra, however, that the "failure to follow the Court's Order or respond to Plaintiff's discovery requests may result in sanctions in the future, including an award of attorney fees." The Court notes that Defendant Linda Mitchell filed a "Response to Minute Order on Behalf of Hamidou Diarra" [Docket No. 71, October 23, 2007]. Defendant Mitchell is neither an attorney nor authorized to represent Defendant Diarra. She informed the Court that Defendant Diarra "is out of the country [in Bamako, Mali, West Africa] and not ignoring Requests by Tax Services of America, Inc." Defendant Diarra was previously represented by counsel, but that counsel was given leave to withdraw on August 9, 2007 [Docket No. 64]. Pursuant to counsel's withdrawal request, he certified that Defendant Diarra was provided with a copy of the written discovery propounded by Plaintiff and was aware of his obligation to respond to it by August 29, 2007 [Docket No. 64, Filed August 3, 2007]. The Court-imposed deadline for Defendant Diarra's response to Plaintiff's discovery has now passed, and Diarra has failed to

respond.

       IT IS HEREBY **ORDERED** that the Motion for Sanctions is **GRANTED in part**. Defendant Diarra shall pay the reasonable attorney fees and costs incurred by Plaintiff for litigating the issue relating to Defendant Diarra's failure to respond to Plaintiff's First Set of Combined Discovery Requests. It is within the Court's discretion to award reasonable attorney fees to Plaintiff pursuant to Fed. R. Civ. P. 37(b). Despite Defendant Diarra's *pro se* status, his failure to abide by a Court Order prompts such a sanction, particularly given the Court's prior warning and Defendant Diarra's receipt of the discovery requests and his knowledge of the deadline for his response. *See Okla. Federated Gold & Numismatics, Inc.*, 24 F.3d 136, 139 (10th Cir. 1994); *Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992). Plaintiff shall submit an affidavit or affidavits of attorney fees and costs incurred by **December 3, 2007.** Defendant Diarra's objection, if any, to the affidavit(s) submitted by Plaintiff shall be filed by **December 10, 2007.**

       IT IS FURTHER **ORDERED** that **Defendant Diarra shall respond to Plaintiff's First Set of Combined Discovery Requests by December 10, 2007.** *Failure to do so will result in the imposition of further sanctions by the Court, including the possibility of a default judgment entered against Defendant Diarra without further notice.*

       IT IS FURTHER **ORDERED** that Section 8(d)(1)(D)(3-4) of the Scheduling Order [Docket No. 52; filed May 24, 2007] is amended to require that the parties will provide expert witness disclosures pursuant to Rule 26(a)(2) on or before **February 26, 2008.**

Dated: November 26, 2007

                                            BY THE COURT:

                                            s/ Kristen L. Mix
                                            U.S. Magistrate Judge
                                            Kristen L. Mix