IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Amend Scheduling Order to Permit More Time to Submit Expert Reports and D.C.Colo.LCivR 7.1 Certification [Docket No. 91; Filed January 16, 2008] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered in this case on May 24, 2007 [Docket No. 52], and modified on November 26, 2007 [Docket No. 76], is further amended as follows:

- Plaintiff's expert designations and reports shall be filed on or before **April 25, 2008**.

- Defendants' rebuttal expert designations and reports shall be filed on or before **May 27, 2008**.

- The discovery deadline shall be extended to **June 20, 2008 for the limited purpose of allowing Plaintiff to depose Defendants' rebuttal experts only**.

- **The dispositive motions deadline remains June 16, 2008**.

Dated: January 18, 2008