# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 07-cv-00249-REB-KLM** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** April 03, 2008 | Courtroom Deputy, Ellen E. Miller |

___

| | |
|---|---|
| TAX SERVICES OF AMERICA, INC., | Philip L. Gordon |
| | Katherine "Katie" S. Dix |
| **Plaintiff(s),** | |
| v. | |
| LINDA MITCHELL, | - - - - - - - |
| HAMIDOU DIARRA, and | Pro Se |
| KERRY DYLES, | Bruce A. Logan |
| **Defendant(s).** | |

___
## COURTROOM MINUTES / MINUTE ORDER
___

**HEARING: MOTIONS HEARING / SHOW CAUSE HEARING**
**Court in Session:** 10:00 a.m.

Court calls case. Appearance of counsel and *Pro Se* defendant Mr. Diarra. As defendant Ms. Mitchell was not required to appear for this hearing, her absence is excused. Defendant Linda Mitchell must attend all future hearings and/or conferences set by the Court unless she is given specific permission not to attend.

Also present is Real Time Court Reporter Paul Zuckerman to assist Mr. Gordon.

Mr. Logan clarifies that counsel Kristal L. Bernert and Derek C. Epps no longer represent defendant Dyles. **Unless and until Bernert and Epps file an appropriate motion to withdraw in accordance with D.C.COLO.LCivR 83.3D, they are still deemed attorneys of record in this matter.**

It is noted the deposition of defendant Linda Mitchell is scheduled for April 17, 2008.
It is noted the deposition of defendant Kerry Dyles is scheduled for April 24, 2008.

The Court reminds defendant Hamidou Diarra that should it be necessary for him to leave the country again, he must file with the court in writing a valid address where he will receive mail from the Court and the parties pursuant to D.C.COLO.LCivR 10.1M.

The Court raises Plaintiff's Second Motion to Compel Responses to Written Discovery from defendant Kerry Dyles and Plaintiff's Motion for Entry of Judgment against defendant Kerry Dyles for argument.

Argument on behalf of Plaintiff, by Mr. Gordon.

Argument on behalf of Mr. Dyles, by Mr. Logan.

**It is ORDERED:** Plaintiff's MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT KERRY DYLES [Docket No. **99,** Filed February 06, 2008] is **GRANTED**. The Court will issue a written recommendation that the order and award of attorneys' fees be enforced and that those attorneys' fees be assessed against defendant Dyles.

**It is ORDERED:** Plaintiff's SECOND MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY FROM DEFENDANT KERRY DYLES [Docket No. **96,** Filed January 31, 2008] is **HELD IN ABEYANCE**.

Defendant Dyles shall have until **noon** on **APRIL 14, 2008** within which to produce supplemental responses to Plaintiff's discovery requests.

Plaintiff's request for reasonable attorneys' fees and costs incurred in connection with its efforts to obtain complete responses from Defendant Dyles after this Court entered its November 28, 2007 Order is **TAKEN UNDER ADVISEMENT and HELD IN ABEYANCE** until supplementation of the discovery responses by Defendant Dyles.**.**

After Plaintiff has received and reviewed all supplemental responses, Plaintiff shall file a supplement to the Second Motion to Compel indicating which issues have been satisfactorily resolved and which issues, if any, remain to be considered by the Court.

**It is ORDERED:** The SCHEDULING ORDER is amended as follows:

Parties shall designate expert witnesses **on or before MAY 27, 2008.**

Parties shall designate rebuttal experts **on or before JUNE 27, 2008.**

Discovery deadline is extended to **JULY 31, 2008** for the purpose of taking

        expert depositions only**.**

        Dispositive Motions deadline **remains JUNE 16, 2008.**

Mr. Diarra addresses the Court.

A **<u>SETTLEMENT CONFERENCE</u>** is set **JULY 21, 2008 at 1:30 p.m.**
The Court has allocated the entire afternoon for the Settlement Conference.
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Mix **on or before JULY 07, 2008** in accordance with the Court's *Instructions for Preparation of Confidential Settlement* Statements, Effective January 1, 2008. [provided by the courtroom deputy]

The Updated Confidential Settlement Statements shall be sent via e-mail in a PDF format to **Mix_Chambers@cod.uscourts.gov** ALL additional settlement material (*i.e.* exhibits, deposition transcripts, Exhibits, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "Personal per Magistrate Judge Mix's Instructions".
Parties not participating in electronic filing may mail or deliver an Updated Confidential Settlement Statement to the Clerk of the Court office, 901 19th Street, Denver, CO 80924 marked "Personal per Magistrate Judge Mix's Instructions".

Having considered the oral responses by Defendant Kerry Dyles to the Order to Show Cause,

**It is ORDERED*:***    This Court's Order to Show Cause [Docket No.**105,** Filed March 17, 2008] is **DISCHARGED.**

HEARING CONCLUDES.

**Court in recess:**    3:17 p.m.
Total In-Court Time:    01:17

To order a transcript of this hearing, please contact Avery Woods Reporting (303)825-6119