IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Amend Scheduling Order to Permit One Additional Week to Submit Expert Reports and D.C.Colo.LCivR 7.1A Certification [Docket No. 133; Filed May 23, 2008] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered in this case on May 24, 2007 [Docket No. 52], and modified on November 26, 2007, January 18, 2008, and April 4, 2008 [Docket Nos. 76, 93 & 114], is further amended as follows:

- Plaintiff's expert designations and reports shall be filed on or before **June 2, 2008**.

- Rebuttal expert designations and reports shall be filed on or before **July 3, 2008**.

Dated: May 27, 2008