IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order to Permit More Time to File Dispositive Motion as to Kerry Dyles in Light of Recommendation for Entry of a Default Judgment Against Dyles and D.C.Colo.LCivR 7.1A Certification [Docket No. 136; Filed June 6, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that Plaintiff's deadline for submitting a dispositive motion as to Defendant Dyles only is extended to **fifteen days after the District Court rules on the Recommendation for Entry of Default Judgment**.

Dated: June 9, 2008