IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion to Seal** [Docket No. 144; Filed June 16, 2008] ("Motion to Seal"). In accordance with D.C. Colo. L. Civ. R. 7.2, the Motion was posted to the public to allow for any objections to the sealing of the documents. There being no timely objections filed,

IT IS HEREBY **ORDERED** that the Motion to Seal is **GRANTED.**

IT IS FURTHER **ORDERED** that the Clerk of the Court shall maintain exhibits B through D of Kelly Hodges' Declaration [Docket Nos. 145-2 through 145-4] and Exhibits C and C-2 through C-11 of Kathy Matise's Declaration [Docket Nos. 146-2 through 146-12] UNDER SEAL.

This matter is also before the Court on **Plaintiff's Motion for Leave to File Untimely Declaration** [Docket No. 153; Filed June 20, 2008] ("Motion to File Untimely Declaration").

IT IS HEREBY **ORDERED** that the Motion to File Untimely Declaration is **GRANTED**. The Court accepts the Declaration of Lisa Meer [Docket No. 154] for filing as of the date of this Minute Order.

Dated: June 23, 2008