IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## ORDER ADOPTING RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge, Order Granting Motion To Enforce, and Order To Comply With Court Orders** [#117], filed April 16, 2008. No objections having been filed to the recommendations, I review them only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended dispositions, I find and conclude that the recommendations should be approved and adopted as orders of this court.

---

[1] This standard pertains even though defendant Diarra is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge, Order Granting Motion To Enforce, and Order To Comply With Court Orders** [#117], filed April 16, 2008, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Plaintiff's Motion for Entry of Judgment Against Defendant Hamidou Diarra** [#98], filed February 6, 2008, is **GRANTED**;

3. That the magistrate judge's **Order To Show Cause** [#104], filed March 17, 2008, is **MADE ABSOLUTE**; and

4. That when final judgment is entered, it **SHALL INCLUDE** an award of $4,945.00, on behalf of plaintiff, Tax Services of America, Inc., and against defendant, Hamidou Diarra, as a sanction for failure to comply with his discovery obligations and with the court's discovery orders.

Dated July 14, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge