IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

ORDER OVERRULING OBJECTIONS TO
AND ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate** [#119], filed April 16, 2008; and (2) defendant's objections thereto, contained in **Defendant Kerry Dyles [sic] Response to Report to Magistrate Judge Kristen L. Mix on Defendant Kerry Dyles' Failure To Comply with This Court's April 4, 2008 Minute Order Compelling Discovery** [#127], filed April 29, 2008. I overrule the objections and approve and adopt the magistrate judge's recommended disposition.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. The recommendation is detailed and well-reasoned. Defendant's objections are imponderous and without merit, and

moreover, are specifically refuted by the subsequent findings of the magistrate judge. (*See* **Order Regarding Plaintiff's Status Report [Docket No. 120]** at 4 **[#128]**, filed May 6, 2008, *and* **Recommendation of United States Magistrate Judge and Order Denying Motion To Compel as Moot** at **[#130]**, filed May 21, 2008) (noting both that Dyles's response [#127] was untimely and that it failed to demonstrate compliance with the court's prior discovery orders).

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate** [#119], filed April 16, 2008, is **APPROVED** and **ADOPTED** as an order of this court;

2. That defendant Kerry Dyles's objections, which are contained in **Defendant Kerry Dyles [sic] Response to Report to Magistrate Judge Kristen L. Mix on Defendant Kerry Dyles' Failure To Comply with This Court's April 4, 2008 Minute Order Compelling Discovery** [#127], filed April 29, 2008, are **OVERRULED**;

3. That **Plaintiff's Motion For Entry of Judgment Against Defendant Kerry Dyles** [#99], filed February 6, 2008, is **GRANTED**;

4. That the magistrate judge's **Order To Show Cause** [#105], filed March 17, 2008, is **MADE ABSOLUTE**; and

5. That when final judgment is entered, it **SHALL INCLUDE** an award of $8,382.50, on behalf of plaintiff, Tax Services of America, Inc., and against defendant,

Kerry Dyles, as a sanction for failure to comply with his discovery obligations and with the court's discovery orders.

Dated July 14, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**