IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

**ORDER ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge and Order Denying Motion To Compel as Moot** [#130], filed May 21, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended dispositions, I find and conclude that the recommendations should be approved and adopted as orders of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge and Order Denying Motion To Compel as Moot** [#130], filed May 21, 2008, is **APPROVED** and **ADOPTED** as an order of this court; and

2.  That default judgment as to liability **SHALL ENTER** on behalf of plaintiff, Tax Services of America, Inc., and against defendant, Kerry Dyles, as to all claims and causes of action asserted herein against him as a sanction for his dilatory conduct in discovery and failure to comply with court discovery orders.

Dated July 14, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**