# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

    Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

    Defendants.

## ORDER ADOPTING IN PART RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#179] filed January 13, 2009. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted in all but one particular.[1] Although the magistrate judge has recommended that Dyles be held liable for attorney fees, expert witness fees, and costs, the statutory authority on which the recommendation is premised provides only for an award of attorney fees for willful and

---

[1] I will direct the entry of judgment and final award of damages and fees against Dyles by separate order.

wanton misappropriation of trade secrets.  **See** §7-74-105, C.R.S.  Nothing in the statute appears to support a further award of expert witness fees and costs, and the underlying motion itself does not request these items in connection with its argument based on this authority.  (**See Motion for Entry of Judgment Against Defendant Kerry Dyles** ¶ 7 at 4 [#167] filed July 28, 2008.)  Accordingly, I must reject the recommendation that Dyles be held liable for expert witness fees and costs, which were matters covered only by the Purchase and Sale Agreement executed by defendant Mitchell.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#179] filed January 13, 2009, is **APPROVED AND ADOPTED IN PART** as an order of this court, insofar as it recommends that defendant Kerry Dyles be held liable to plaintiff for damages and attorney fees in this matter; and

2.  That **Plaintiff's Motion for Entry of Judgment Against Defendant Kerry Dyles** [#167] filed July 28, 2008, is **GRANTED** to the extent it seeks to hold Dyles liable for any damages and attorney fees awarded in this matter.

Dated February 24, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

2