# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  07-cv-00249-REB-KLM

TAX SERVICES OF AMERICA, INC.,

      Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

      Defendants.

---

## ORDER FOR JUDGMENT

---

**Blackburn, J.**

This matter is before me *sua sponte*.  I previously granted plaintiff's motion for summary judgment against defendants Mitchell and Diarra (***see* Order Granting Plaintiff's Motion for Summary Judgment** [#164], filed July 21, 2008), and determined the appropriate amount of damages to which plaintiff is entitled as a result of these defendants' breaches of the various contracts to which they were parties (***see* Order Granting Plaintiff's Motions for Entry of Judgment** [#181], filed February 24, 2009).  I also granted plaintiff's motion for default judgment against defendant Dyles for dilatory conduct in discovery (***see* Order Adopting Recommendation of United States Magistrate Judge** [#162], filed July 14, 2008), and subsequently approved and adopted the magistrate judge's recommendation that Dyles be held jointly and severally liable for damages and attorney's fees in this matter (***see* Order Adopting in Part Recommendation of United States Magistrate Judge** [#180], filed February 24,

2009).  These orders resolve all claims and issues currently pending in this case.

Therefore, it is now appropriate to direct the entry of final judgment.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That judgment **SHALL ENTER** on behalf of plaintiff, Tax Services of America,

Inc., and against defendants, Linda Mitchell, Hamidou Diarra, and Kerry Dyles, jointly

and severally, pursuant to my **Order Granting Plaintiff's Motion for Summary**

**Judgment** at10-12, ¶¶ 2 - 11[#164] entered July 21, 2008;

      2.  That plaintiff, Tax Services of America, Inc., is **AWARDED** lost profits and lost

investment value damages in the principal amount of $239,292.00 against defendants

Linda Mitchell, Hamidou Diarra, and Kerry Dyles, jointly and severally, pursuant to my

**Order Granting Plaintiff's Motion for Summary Judgment** [#164] entered July 21,

2008, **Order Granting Plaintiff's Motions for Entry of Judgment** [#181] entered

February 24 2009, and **Order Adopting in Part Recommendation of United States**

**Magistrate Judge** [#180] entered February 24, 2009;

      3.  That plaintiff, Tax Services of America, Inc., is **AWARDED** attorney fees in the

amount of $348,962.50 against defendants, Linda Mitchell and Kerry Dyles, jointly and

severally, pursuant to my **Order Granting Plaintiff's Motion for Summary**

**Judgment** [#164] entered July 21, 2008, and **Order Adopting in Part**

**Recommendation of  United States Magistrate Judge** [#180] entered February 24,

2009;

      4.  That plaintiff, Tax Services of America, Inc., is **AWARDED** $31,546.96 in

expert witness fees and $9,758.08 in other costs and expenses against defendant,

Linda Mitchell, pursuant to my **Order Granting Plaintiff's Motion for Summary Judgment** [#164] entered July 21, 2008; and

     5.  That pursuant to 28 U.S.C. § 1961, plaintiff is **AWARDED** post-judgment interest from the date of this order until the judgment is fully paid.

     Dated February 24, 2009, at Denver, Colorado.

                                    **BY THE COURT:**

                                      _Bob Blackburn_

                                      Robert E. Blackburn
                                      United States District Judge