**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00249-REB-PAC

TAX SERVICES OF AMERICA, INC.,

     Plaintiff,

v.

LINDA MITCHELL,
HAMIDOU DIARRA, and
KERRY DYLES,

     Defendants.

---

**AMENDED ORDER FOR JUDGMENT[1]**

---

**Blackburn, J.**

     This matter is before me *sua sponte*.  I previously granted plaintiff's motion for

summary judgment against defendants Mitchell and Diarra (*see* **Order Granting**

**Plaintiff's Motion for Summary Judgment** [#164] filed July 21, 2008), and determined

the appropriate amount of damages to which plaintiff is entitled as a result of these

defendants' breaches of the various contracts to which they were parties (*see* **Order**

**Granting Plaintiff's Motions for Entry of Judgment** [#181] filed February 24, 2009).  I

also granted plaintiff's motion for default judgment against defendant Dyles for dilatory

conduct in discovery (*see* **Order Adopting Recommendation of United States**

**Magistrate Judge** [#162] filed July 14, 2008), and subsequently approved and adopted

the magistrate judge's recommendation that Dyles be held jointly and severally liable for

damages and attorney's fees in this matter (*see* **Order Adopting in Part**

---

[1]  This Amended Order for Judgment is entered to include amounts to which plaintiff is entitled, but
which were omitted from the original **Order for Judgment** [#182], filed February 24, 2009.

**Recommendation of United States Magistrate Judge** [#180] filed February 24, 2009).

In addition, I approved and adopted the magistrate judge's recommendations that

monetary sanctions be imposed against both Diarra and Dyles for discovery abuses.  (*See*

**Order Overruling Objections to and Adopting Recommendation of the United States**

**Magistrate Judge** ¶ 5 at 2-3 [#161] filed July 14, 2008; **Order Adopting**

**Recommendation of the United States Magistrate Judge** ¶ 4 at 2 [#160] filed July 14,

2008.)

These orders finally resolve all matters currently pending in this case.  It, therefore,

is now appropriate to direct the entry of final judgment.

**THEREFORE, IT IS ORDERED** as follows:

1.  That judgment **SHALL ENTER** on behalf of plaintiff, Tax Services of America,

Inc., and against defendants, Linda Mitchell, Hamidou Diarra, and Kerry Dyles, in

accordance with the orders previously set forth in my **Order Granting Plaintiff's Motion**

**for Summary Judgment** ¶¶ 2 - 11 at 10-12 [#164] filed July 21, 2008;

2.  That plaintiff, Tax Services of America, Inc., is **AWARDED** lost profits and lost

investment value damages in the principal amount of $239,292.00 against defendants

Linda Mitchell, Hamidou Diarra, and Kerry Dyles, jointly and severally, in accordance with

my **Order Granting Plaintiff's Motion for Summary Judgment** [#164] filed July 21,

2008, **Order Granting Plaintiff's Motions for Entry of Judgment** [#181] filed February

24 2009, and **Order Adopting in Part Recommendation of United States Magistrate**

**Judge** [#180] filed February 24, 2009;

3.  That plaintiff, Tax Services of America, Inc., is **AWARDED** attorney fees in the

amount of $348,962.50 against defendants, Linda Mitchell and Kerry Dyles, jointly and

severally, in accordance with my **Order Granting Plaintiff's Motion for Summary**

**Judgment** [#164] filed July 21, 2008, and **Order Adopting in Part Recommendation of United States Magistrate Judge** [#180] filed February 24, 2009;

4.   That plaintiff, Tax Services of America, Inc., is **AWARDED** $31,546.96 in expert witness fees and $9,758.08 in other costs and expenses against defendant, Linda Mitchell, in accordance with my **Order Granting Plaintiff's Motion for Summary Judgment** [#164] filed July 21, 2008;

5.   That plaintiff, Tax Services of America, Inc., is **AWARDED** $4,945.00 against defendant, Hamidou Diarra, as a sanction for Diarra's failure to comply with his discovery obligations and with the court's discovery orders, in accordance with my **Order Adopting Recommendation of the United States Magistrate Judge** ¶ 4 at 2 [#160] filed July 14, 2008;

6.   That plaintiff, Tax Services of America, Inc., is **AWARDED** $8,382.50 against defendant, Kerry Dyles, as a sanction for Dyles's failure to comply with his discovery obligations and with the court's discovery orders, in accordance with my **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** ¶ 5 at 2-3 [#161] filed July 14, 2008; and

7.   That plaintiff is **AWARDED** post-judgment interest from the date of entry of judgment until the judgment is fully paid, pursuant to 28 U.S.C. § 1961.

Dated May 13, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackbum
United States District Judge